PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:06CR00154-01** |
| ) | |
| **Mary Riach** ) | |
| ) | |

On September 22, 2006, the above-named was placed on Probation for a period of 2 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian
United States Probation Officer**

Dated:   March 27, 2008
         Fresno, California
         MKD


**REVIEWED BY:**   /s/ Bruce A. Vasquez
                  **Bruce A. Vasquez
                  Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   RIACH, Mary**
**Docket Number:   1:06CR001584-01**
**ORDER TERMINATING PROBATION**
**<u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

Attachment:   Recommendation
cc:   United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

IT IS SO ORDERED.

**Dated:   July 16, 2008**              _____/s/ Lawrence J. O'Neill_____
                                                          UNITED STATES DISTRICT JUDGE